SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY *v.* KIRBY; KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY *v.* OPPENHEIMER; and WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY *v.* LA TORRES. C. A. 2d Cir. Motions of respondents Adalberto Fernandez and Timothy Kirby for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–1127. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER *v.* SMITH. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–7465. BITTERMAN *v.* BITTERMAN. Sup. Ct. Fla. Motion of respondent Boose Casey Ciklin Lubitz Martens McBane & O'Connell for damages denied. Motion of petitioner for damages denied. Certiorari denied.

No. 98–7817. LEVITAN *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner to seal petition for writ of certiorari denied. Certiorari denied.

No. 98–242. IN RE LAUSLEGA, *ante,* p. 808;
No. 98–633. DUNN *v.* ALABAMA AGRICULTURAL AND MECHANICAL UNIVERSITY ET AL., *ante,* p. 1067;
No. 98–639. LESOON *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 1003;
No. 98–717. BYBEE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 1069;
No. 98–792. TROST *v.* UNITED STATES, *ante,* p. 1070;
No. 98–5484. PICKETT *v.* WAL-MART STORES, INC., ET AL., *ante,* p. 933;
No. 98–6488. ATHERTON *v.* ARLINGTON COUNTY, VIRGINIA, *ante,* p. 1074;
No. 98–6515. JACKSON *v.* MILLIKEN, *ante,* p. 1074;
No. 98–6550. WHITFIELD *v.* TEXAS (three judgments), *ante,* p. 1075;
No. 98–6744. TAYLOR *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL INSTITUTE, *ante,* p. 1079;
No. 98–6768. R. A. D. *v.* ILLINOIS, *ante,* p. 1080;
No. 98–6852. GONZALEZ *v.* CONSOLIDATED REAL ESTATE INVESTMENTS, DBA L'IL ABNER MOBILE HOME PARK, *ante,* p. 1082;

1188

No. 98–6958. BENNETT *v.* TEXAS, *ante,* p. 1086;

No. 98–7114. DECKARD, AKA VALE *v.* UNITED STATES, *ante,* p. 1090;

No. 98–7123. FLORES *v.* UNITED STATES, *ante,* p. 1091;

No. 98–7138. CUNNINGHAM *v.* HEUSZEL, WARDEN, ET AL., *ante,* p. 1112; and

No. 98–7193. HAMMONS *v.* UNITED STATES, *ante,* p. 1092. Petitions for rehearing denied.

No. 96–9340. LAVERTU *v.* BOROFSKY, LEWIS & AMODEO-VICKERY, 522 U. S. 843; and

No. 97–9417. GELLERT *v.* COMMISSIONER OF INTERNAL REVENUE ET AL., *ante,* p. 850.